IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JONATHAN BAILEY and | ) | |
| HEATHER BAILEY, | ) | CASE NO. 18-82494-CRJ13 |
| | ) | |
| | ) | |
| Debtor. | ) | |

APPLICATION FOR APPROVAL OF
EMPLOYMENT OF PROFESSIONAL PERSON

Pursuant to 11 U.S.C. § 327(e) and Bankruptcy Rule 2014(a), the above-captioned Debtor Jonathan Bailey (hereinafter "Applicant") requests this Honorable Court to approve the employment of:

William H. Hassinger
Wettermark & Keith, LLC

whose address is:

100 Grandview Place
Suite 530
Birmingham, AL 35243

as <u>Special Counsel for the Debtor</u> to represent or assist Applicant in carrying out his or her duties under Title 11 of the United States Code. In support of this request, Applicant represents as follows:

1. The person whose employment is requested (hereinafter "said person"):

    (a) is professionally qualified and licensed, if required, for such employment;

    (b) does not hold or represent an interest adverse to the estate;

    (c) is a disinterested person as that term is defined in § 101(14) of the Bankruptcy Code; and

1

(d) has not served as an examiner in this case.

2. Said person is not employed by and does not represent a creditor in this case, unless indicated under (a) below:

   (a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved (if NONE, so state):

   None

3. The specific facts showing the necessity for the employment here requested are as follows:

   On or about July 11, 2018, debtor suffered and on-the-job injury. This employment is limited to professional services surrounding that incident.

4. The professional services to be rendered are as follows:

   Personal injury attorney services including litigation if necessary.

5. The reasons for the selection of said person are:

   Competency and experience.

6. All of said person's connections with the debtor, creditors, other parties in interest, and with their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator, are as follows (If NONE, so state):

   Connection only as debtor's attorney.

7. Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm, professional corporation or other type of entity with whom or with which said person is professionally associated:

   None

8. With the condition that the Court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have

2

been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment:

Retainer (if any):

None

Allowance for expenses (if any):

N/A

Hourly basis for said person, and for each other person within said person's firm, professional corporation or other type of entity, who is expected to perform work and to be included in any application for compensation:

N/A

Contingent fee basis (if applicable):

Attorney's fees are equal to the amount of 15% of the total recovered at settlement plus reasonable expenses incurred as a direct result of said representation.

Other:

Applicant respectfully requests that, after notice of hearing, this Court will enter an order authorizing the approval of employment of the professional person as provided herein. Applicant acknowledges that referring lawyers and law firms must submit their own separate applications to the Court in order for their employment to be considered.

_/s/ Jonathan Bailey_
Debtor – Applicant

3

Case 18-82494-CRJ13    Doc 58    Filed 08/25/21    Entered 08/25/21 15:01:40    Desc Main
Document      Page 3 of 7

VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a) and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. § 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the 25th day of August 2021.

_____
William H. Hassinger

[Attach a copy of the executed contract between the Debtor-Applicant and the Professional Person Seeking Employment]

CERTIFICATE OF SERVICE

I hereby certify that an accurate copy of the foregoing Application has been served on the following by Email or U.S. Mail on this the 25th day of August, 2021:

Jonathan Bailey
11197 Wall Trian Highway
Toney, AL 35773

Ronald C. Sykstus
Bond, Botes Sykstus, Tanner & Ezell, PC
225 Pratt Avenue NE
Huntsville, AL 35801

Richard M. Blythe
Bankruptcy Administrator
Seybourn H. Lynne Federal Building
400 Well Street NE, Room 236
Decatur, AL 35602

/s/ William H. Hassinger

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 18-82494-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed Aug 25 13:57:27 CDT 2021 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | AC Incorporated<br>1085 Jordan Road<br>Huntsville, AL 35811-8405 | AT & T Mobility<br>PO Box 536216<br>Atlanta GA 30353-6216 |
| AT&T Corp<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Account Resolution Tea<br>Attn: Bankruptcy<br>5900 W Howard Street<br>Skokie IL 60077-2627 | Ardmore Telephone Company<br>30190 Ardmore Ave<br>Ardmore AL 35739-7454 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank<br>PO Box 60599<br>City of Industry CA 91716-0599 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cbs Col Padu<br>100 Fulton Ct<br>Po Box 9200<br>Paducah KY 42002-9200 | Clint Butler, Special Counsel<br>McKinney, Braswell & Butler, LLC<br>2204 Whitesburg Drive, Ste. 200<br>Huntsville, AL 35801-4507 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas NV 89193-8873 |
| Credit One Bank<br>PO Box 60500<br>City of Industry CA 91716-0500 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville FL 32256-7412 | Eastview Family Dentistry<br>870 Slaughter Rd<br>Madison AL 35758-8794 |
| Enhanced Recovery<br>PO Box 57547<br>Jacksonville FL 32241-7547 | Exeter Finance Corp<br>C/o Corporation Service Company Inc<br>641 South Lawrence Street<br>Montgomery, AL 36104-5809 | Exeter Finance Corp<br>PO Box 166008<br>Irving TX 75016-6008 |
| Exeter Finance LLC<br>P.O. Box 167399<br>Irving, TX 75016-7399 | (p)FIRST FEDERAL CREDIT CONTROL INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls SD 57117-5524 |
| First Premier Bank<br>PO Box 5529<br>Sioux Falls SD 57117-5529 | Franklin Collection Service, Inc.<br>Attn: Bankruptcy<br>Po Box 3910<br>Tupelo MS 38803-3910 | Franklin Collection Services<br>2978 W Jackson Street<br>Tupelo MS 38801-6731 |
| Fsfininc<br>Po Box 1379<br>Athens AL 35612-6379 | Genesis Bankcard Services<br>Po Box 4477<br>Beaverton OR 97076-4401 | Harriman Utility Board<br>300 N Roane St<br>Harriman TN 37748-2038 |

| | | |
|---|---|---|
| LVNV Funding, LLC its successors and assigns assignee of MHC Receivables, LLC and FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)MERCHANTS ADJUSTMENT SERVICE INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | North Alabama Family Psych<br>9238 Madison Blvd 750<br>Madison AL 35758-9164 |
| Online Collections<br>Attn: Bankruptcy<br>Po Box 1489<br>Winterville NC 28590-1489 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery<br>Po Box 41021<br>Norfolk VA 23541-1021 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quest Diagnostic<br>PO Box 7306<br>Hollister MO 65673-7306 | Regional Acceptance Co<br>Attn: Bankruptcy<br>Po Box 1487<br>Wilson NC 27894-1487 |
| Regional Acceptance Corp<br>1424 East Fire Tower Road<br>Greenville NC 27858-4105 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Richard Blythe, Esq.<br>Bankruptcy Administrator<br>US Courthouse and Post Office<br>PO Box 3045<br>Decatur, AL 35602-3045 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Tennessee Adjustment Group Inc Assignee<br>of Flagship Credit Acceptance, LLC<br>150 Court Ave<br>Memphis TN 38103-2212 | Tennessee Valley Medicine<br>382 Slaughter Rd<br>Madison AL 35758-2008 |
| The Hartford<br>Eastern WC Claim Center<br>PO Box 14473<br>Lexington, KY 40512-4473 | Wakefield & Associates<br>Attn: Bankruptcy<br>Po Box 441590<br>Aurora CO 80044-1590 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 |
| World Acceptance/Finance Corp<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville SC 29606-6429 | World Finance Corp<br>108 Frederick St<br>Greenville SC 29607-2532 | World Finance Corp<br>617 US Hwy 72 West<br>Athens AL 35611-4211 |
| World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | Clint W. Bulter<br>McKinney, Braswell & Butler, LLC<br>2204 Whitesburg Drive, Ste. 200<br>Huntsville, AL 35801-4507 | Heather L Bailey<br>11197 Wall Triana Hwy<br>Toney, AL 35773-7044 |
| Jonathan M Bailey<br>11197 Wall Triana Hwy<br>Toney, AL 35773-7044 | Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 |
| Ronald C Sykstus<br>Bond Botes SykstusTanner & Ezzell PC<br>225 Pratt Avenue NE<br>Huntsville, AL 35801-4008 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St Cloud, MN 56302-9617

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland OH 44122

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

Merchants Ad
Attn: Bankruptcy
56 North Florida St
Mobile AL 36607

Portfolio Recovery
120 Corporate Blvd
Norfolk VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Wakefield & Associates
PO Box 50250
Knoxville TN 37950

End of Label Matrix
Mailable recipients    57
Bypassed recipients     0
Total                  57